James R. SCHULTZ, Appellant,

v.

**DEPARTMENT OF JUSTICE, CRIMINAL DIVISION, et al., Appellees.**

No. 04–5088.

United States Court of Appeals, District of Columbia Circuit.

Jan. 27, 2005.

Rehearing En Banc Denied March 11, 2005.

James R. Schultz, Stanley, WI, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Defendants–Appellees.

Before GINSBURG, Chief Judge, and SENTELLE and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and the supplemental appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's orders filed January 15 and February 2, 2004 be affirmed, given the discretionary nature of the Executive Branch's investigatory and prosecutorial decisions. *See, e.g., United States v. Nixon,* 418 U.S. 683, 693, 94 S.Ct. 3090, 41 L.Ed.2d 1039 (1974); *Community for Creative Non–Violence v. Pierce,* 786 F.2d 1199, 1201 (D.C.Cir.1986).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.